HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAM JOHNSON,

        Plaintiff,

v.

KING COUNTY.,

        Defendant.

Case No. 3:17−cv−05862−RBL

STIPULATED MOTION FOR STAY OF PROCEEDINGS AND ORDER

## I. RELIEF REQUESTED

Plaintiff Pam Johnson and defendant King County jointly move the Court for an order staying all proceedings pending the Washington State Supreme Court's decision in the related matter of *End Prison Industrial Complex v. King County,* 200 Wn.App. 616, 402 P.3d 918 (2017) ("EPIC").

## II. INTRODUCTION AND STATEMENT OF FACTS

Pam Johnson filed this class action on behalf of herself and all King County taxpayers who paid additional property taxes pursuant to King County Ordinance 17304, which was

adopted by voters in Proposition 1. The EPIC opinion raises substantial doubt about the amount of property taxes that the County may collect pursuant to Proposition 1. After this case was filed, King County petitioned the Washington State Supreme Court to review the Court of Appeals' decision in *EPIC*.

### III.  STATEMENT IN SUPPORT

The Court has the power to stay proceedings to control its docket, to conserve judicial resources, and to ensure "economy of time and effort for itself, for counsel, and for litigants." *Landis v. North Amer. Co.,* 299 U.S. 248, 254 (1936). In deciding whether to grant a stay, courts consider whether damage may result from a stay, the hardship or inequity a party may suffer without a stay, and whether a stay would simplify or complicate the legal or factual issues presented in the case. *Dependable Highway Express, Inc. v. Navigators Ins. Co.,* 498 F.3d 1059, 1066 (9th Cir. 2007). *See also Lockyer v. Mirant Corp.,* 398 F.3d 1098, 1112 (9th Cir. 2005).

Plaintiffs' claims in this case rely upon the Court of Appeals' decision in *EPIC*. *See* Complaint at ¶¶ 16, 54 (DE 1-1). On December 13, 2017, King County petitioned the Washington State Supreme Court to review that decision. The decision of the Supreme Court on whether to accept review and, if so, whether to affirm or reverse, will be central to litigation of this matter.

In light of this uncertainty, the parties agree that a stay of all proceedings in this case pending a decision of the State Supreme Court will best serve the interests of judicial economy, reduce the risk of conflicting decisions, and avoid hardships on both parties. Without a stay, the Court and the parties would be forced litigate a matter that could be rendered irrelevant by the outcome of King County's pending petition for review. Accordingly, the requested stay will

JOINT MOTION FOR STAY
AND ORDER
Case No. 3:17−cv−05862−RBL
- 2

conserve judicial resources and ensure "economy of time and effort for itself, for counsel, and for litigants." *Landis*, 299 U.S. at 254.

## IV.  CONCLUSION

In light of the foregoing, the parties jointly request that the Court stay all proceedings in this case pending the Washington State Supreme Court's decision in the related matter of *EPIC v. King County, Washington Supreme Court Cause No. 95307-4*.  It would be appropriate for this matter to proceed either (1) after the Washington State Supreme Court denies review, or (2) if review is accepted, after the court issues a decision on the merits.  In either event, the Washington State Supreme Court will issue a mandate indicating its disposition of the matter and the parties will promptly inform the court that the stay should be lifted.

RESPECTFULLY SUBMITTED, this 12th day of January, 2018.

SMITH & LOWNEY, PLLC
*/s/ Claire E. Tonry*
Knoll Lowney, WSBA 23457
Claire E. Tonry, WSBA No. 44497
2317 E. John St.
Seattle, WA 98112
(206) 860-2883
Fax: (206) 860-4187
knoll@smithandlowney.com;
claire@smithandlowney.com,
*Attorneys for Pam Johnson*

JOINT MOTION FOR STAY AND ORDER
Case No. 3:17−cv−05862−RBL
- 3

DANIEL T. SATTERBERG
King County Prosecuting Attorney
*/s/ David J. Hackett*
DAVID HACKETT, WSBA #21236
Senior Deputy Prosecuting Attorney
King County Prosecuting Attorney's Office
500 Fourth Avenue, 9th Floor
Seattle, WA 98104-2136
Telephone: (206) 296-8820
Fax: (206) 296-8819
Email: david.hackett@kingcounty.com
*Attorneys for Defendant King County*

# ORDER

The Court GRANTS the parties' stipulated motion. This matter is STAYED pending the issuance of a decision by the Washington State Supreme Court in *EPIC v. King County*. The parties shall immediately inform the court and the stay shall be lifted once the Washington State Supreme Court issues its mandate from this case. Should one or both parties seek to lift the stay at an earlier time, they may file a motion with this Court.

Dated this 17th day of January, 2018.

Ronald B. Leighton
United States District Judge