The Honorable Ronald B. Leighton
United States District Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

PAM JOHNSON, individually and behalf of all similarly situated taxpayers,

        Plaintiff,

v.

KING COUNTY,

        Defendant.

No. 3:17-cv-05862-RBL

STIPULATION LIFTING STAY

Plaintiff Pam Johnson, who appears both individually and on behalf of an uncertified class ("Plaintiff"), and Defendant King County, by and through undersigned counsel, hereby stipulate that the January 17, 2018 stay in this matter should be lifted. The Washington Supreme Court, through *End Prison Indus. Complex v. King Cty.*, 431 P.3d 998, 999 (Wash. 2018), issued its mandate and therefore the stay in this matter should be lifted pursuant to the Court's Order (Dkt. 9). The parties dispute whether the Washington Supreme Court's decision is dispositive on this matter.

STIPULATION LIFTING STAY - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430 Fax (206) 296-8819

It is so stipulated this 8th day of February, 2018.

On behalf of Plaintiff Pam Johnson:

SMITH & LOWNEY, PLLC

/s/ Knoll Lowney
Knoll Lowney, WSBA 23457
Claire E. Tonry, WSBA No.44497
2317 E. John St.
Seattle, WA 98112
(206) 860-2883
Fax: (206) 860-4187
knoll@smithandlowney.com
claire@smithandlowney.com
,*Attorneys for Pam Johnson*

On behalf of Defendant King County:

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: /s/ *David J. Hackett*
DAVID J. HACKETT, WSBA # 21236
Senior Deputy Prosecuting Attorney
King County Prosecuting Attorney's Office
500 Fourth Avenue, 9th Floor
Seattle, WA 98104-2136
Telephone: (206) 296-8820
Fax: (206) 296-8819
david.hackett@kingcounty.com
*Attorney for Defendant King County*

STIPULATION LIFTING STAY - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819

**ORDER**

Pursuant to the stipulation of the parties, the Court hereby lifts the stay in this matter.

Dated this 20th day of February, 2018

_Ronald B. Leighton_
Ronald B. Leighton
United States District Judge

STIPULATION LIFTING STAY - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819